UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DAVID SHOVER,**            CASE NO.   3:12-cv-409

    Plaintiff,                 Judge Timothy S. Black

-vs-

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**   Decision by Court:

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**; and it is **REVERSED;** that this matter is **REMANDED** to the Commissioner for an award of immediate benefits from September 30, 2008 – January 11, 2010; and this case is **CLOSED** on the docket of this Court.

Date: November 18, 2013                          **JOHN P. HEHMAN, CLERK**

                                                     By: *s/ M. Rogers*
                                                     Deputy Clerk